**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  26-cr-01544-CAB |
| Plaintiff, | I N F O R M A T I O N |
| v. | |
| NEERY VELAZQUEZ, | Title 18, U.S.C., Sec. 287 – False Claim; Title 18, U.S.C., Sec. 2 – Aiding and Abetting |
| Defendant. | |

The United States charges:

On or about January 31, 2022, within the Southern District of California and elsewhere, defendant NEERY VELAZQUEZ made and presented to an agency of the United States, a claim upon and against the United States, knowing the claim to be false, fictious, and fraudulent, to wit, defendant submitted a travel claim to his employer seeking reimbursement of his lodging, meal, and incidental expenses from U.S. Customs and Border Protection, an agency of the U.S. Department of Homeland Security, and attested to the accuracy and completeness of the claim submitted to his employer, yet he knew that the claim was false, fictious, and fraudulent, and that he was ineligible to seek reimbursement of such expenses, because he had moved his permanent home to a location less

than 50 miles from his Temporary Duty ("TDY") location and was consequently no longer on TDY travel; in violation of 18 U.S.C. § 287 and 18 U.S.C. § 2.

DATED: __April 21, 2026_____

ADAM GORDON
United States Attorney

_____
PATRICK C. SWAN
Assistant U.S. Attorney

2